AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | | |
|---|---|---|
| United States of America<br>v.<br>JAKOB JOSHUA MARCOULIER | ) ) ) ) ) ) ) ) | Case No.  1:26-mj-00108 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 10 - February 12, 2026__ in the county of __Vernon__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875 | Interstate Communications |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William P. Bozek, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  __April 23, 2026__

_____
*Judge's signature*

City and state:  __Alexandria, Louisiana__

Joseph H.L. Perez-Montes, U.S. Magistrate Judge
_____
*Printed name and title*