AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
Western District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:26-mj-00108 |
| JAKOB MARCOULIER | ) | |
| | ) | |
| *Defendant* | ) | |

### ORDER SCHEDULING DETENTION & PRELIMINARY HEARINGS

A detention hearing in this case is scheduled as follows:

| Place: U.S. District Court<br>515 Murray Street<br>Alexandria, LA 71301 | Courtroom No.:   3rd fl courtroom |
|---|---|
| | Date and Time:  4/29/26 2:00 pm |

    **IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  _____04/27/2026_____

_____
*Judge's signature*



Joseph H.L. Perez-Montes, U.S. Magistrate Judge
*Printed name and title*