**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**UNITED STATES OF AMERICA**                    **CASE NO.  1:26-MJ-00108-01**

**VERSUS**                                      **MAGISTRATE JUDGE PEREZ-MONTES**

**JAKOB JOSHUA MARCOULIER (01)**

**MINUTES OF COURT:**
**Preliminary Hearing \ Detention Hearing**

| | | | |
|---|---|---|---|
| Date: | April 29, 2026 | Presiding: Magistrate Judge Joseph H. L. Perez-Montes | |
| Court Opened: | 2:00 p.m. | Courtroom Deputy: | Liz Muncey |
| Court Adjourned: | 4:44 p.m. | Court Reporter: | LCR |
| Statistical Time: | 02:17 | Courtroom: | 3rd Floor Courtroom |

**APPEARANCES**

| | | |
|---|---|---|
| Lauren Ledet Nickel  (AUSA) | For | United States of America |
| Angelle Renea Boudreaux  (AFPD) | For | Jakob Joshua Marcoulier (01) Defendant |
| Jakob Joshua Marcoulier (01) Defendant | | (LOCATION CUSTODY) |

**PROCEEDINGS**

**PROCEEDINGS:**
Preliminary Hearing
Detention Hearing

**Filings:**      Witness List
             Order of Detention

**RULINGS/COMMENTS:**

Defense maintains objection to holding a detention hearing.

Based on the witness testimony and oral argument, this Court finds that there is probable cause that defendant committed the crime charged, and therefore can be held over for further proceedings.  The government's motion to detain the defendant is GRANTED, and the defendant is remanded into the custody of the U. S. Marshal pending trial. An objection was noted by the Defense.